

# IN THE
## TENTH COURT OF APPEALS

### No. 10-15-00274-CR

**PATRICK DEMON STEWART,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 87th District Court
Freestone County, Texas
Trial Court No. 14-153-CR**

## MEMORANDUM OPINION

Patrick Demon Stewart appealed the trial court's denial of bail pending appeal. *See* TEX. CODE CRIM. PROC. ANN. art 44.04(g) (West 2006). Stewart now files a motion to dismiss his appeal. Stewart and his attorney have signed the motion.

The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted
Opinion delivered and filed November 5, 2015
Do not publish
[CR25]

